In the meantime Meggs obtained from the Wayne Circuit Court a mandamus requiring the board to meet, canvass the returns and issue a certificate of election to Meggs. On April 15, the board met and complied with the writ. Relator on that day filed his petition for a re-count.

Respondent contended that the petition for a re-count was filed too late; that the statute contemplates that the vote shall be canvassed on the Thursday next succeeding the election, which was held on Monday, April 1; that the adjournment to the 15th was illegal, and upon this ground the circuit judge issued the writ applied for by Meggs.

1146  JOHNSON vs. BOARD OF CANVASSERS (Casnovia), No. 14174, 101 M., 187.  (Certiorari to Kent.)

To compel a re-count of the votes cast at a village election and to declare the result. The circuit judge granted the writ.

Reversed June 16, 1894, with costs.

Held, that Act. No. 208, Laws of 1887, does not cover village elections.

1147  McKENZIE vs. BOARD OF CITY CANVASSERS (Port Huron), 70 M., 147.

To compel respondent to re-count the votes cast for and against relator for alderman, in a city whose charter did not make the Board of City Canvassers or the Common Council of the city, judges of the election or qualifications of aldermen.

Granted May 3, 1888.

1148  COLL vs. BOARD OF CANVASSERS ET AL. (Detroit).

1149  SCHEHR vs. BOARD OF CITY CANVASSERS ET AL. (Detroit).